FILED

PROVIDED TO
CHARLOTTE CI
3/11/21 FOR MAILING

United State District Court Middle District
Florida room 2-194. 2110 First Street, Ft Myers
FL 33901

## General Affidavit

2:21-CV-223-FtM-38MRM

State of Florida
County of <u>Charlotte</u>

I, Timothy Hanner, do here by swear that the following statement is true and correct made of my own free will and my personal knowledge:

"Retaliation, torture, torment, Cruel and Inhumane treatment."

(1) On 3/6/21 while housed in Golf-dorm wing 3 with (20) other inmates was stripped of all our property and put on management meal left in a cell only in boxer shorts. Retain Audio/video tape equipment

(2) Captain Frost and his "Hit-men", "enforcers", and "Goon" retaliated by randomly picking inmates because on 3/2/2021 inmates had witness Captain Frost and his goons beat and torture inmate Christopher J Bowden in hand-cuffs and leg irons.

(3) So on 3/6/21 out of retaliation Captain Frost came into the dorm and took all our property, medician, clothing and left us in only boxers in (50°) to (45°) degree cold weather.

(4) Our bones, back, legs, knees, side, arms, neck, is hurting, soar, painful and the inmates did not Do nothing to Deserve this.

(5) Charlotte C.I top administrators trying to install fear in Inmates Allowing subordinate officers like Captain Frost, Sgt. Torres, Officer Cannistatic, and officer Thweatt Captain Frost Goons, enforcers, assassins, and Hit-men.

(6) Are subjecting inmates to Cruel and inhumane treatment, torture, torment, abuse, Humiliation.

[Relief Sought]:

(1) That the court take "EMERGENCY ACTION"

(2) That the "Federal Marshalls, FBI, FdlE," Be instructed to investigate the matter and take action.

(3) to stop the "on going" torture, torment, Retaliation Harassment, abuse, inhumane treatment.

(4) Under the Penalty of Perjury, I declare that I have read the foregoing affidavit and that the facts in it is true and correct. F.S. 92.525 and 28 U.S.C. § 1746.

/s/ Timothy Name
N25546